**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Marvel Lighting LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2498067 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14438 Allison Drive | 275 Medical Drive, #4387 |
| Number    Street | Number    Street |
| | P.O. Box |
| Carmel      IN    46033 | Carmel      IN    46032 |
| City       State   ZIP Code | City       State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hamilton County | 2484 147th Street |
| County | Number    Street |
| | |
| | Carmel      IN    46033 |
| | City       State   ZIP Code |

5. **Debtor's website** (URL)   marvellighting.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor  **Marvel Lighting LLC**                               Case number (*if known*)_____
         Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | | **4236** |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply*: |
| | | ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.  District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☐ No |
|---|---|---|
| | | ☑ Yes.  Debtor **John Stuart Ansted, Jr.**    Relationship **Owner / Principal** |
| | | District **Southern District of Indiana / Indianapo**  When **12/03/2024** |
| | | MM / DD / YYYY |
| | | Case number, if known **24-06498-JJG-13** |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **2**

Debtor __Marvel Lighting LLC_____   Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                       Number        Street

_____

_____
City                                    State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __Marvel Lighting LLC__    Case number (if known)_____
         Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/10/2025
             MM / DD / YYYY

✘ /s/ John Ansted                                    John Ansted
Signature of authorized representative of debtor     Printed name

Title  Principal

### 18. Signature of attorney

✘ /s/ John Allman                    Date  06/10/2025
Signature of attorney for debtor           MM / DD / YYYY

John Allman
Printed name

Hester Baker Krebs LLC
Firm name

One Indiana Sq Suite 1330
Number    Street

Indianapolis              IN         46204
City                      State      ZIP Code

317-833-3030              jallman@hbkfirm.com
Contact phone             Email address

29605-49                  IN
Bar number                State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re:                                              )
 Marvel Lighting LLC_____      )      Case No. _____
*[Name of Debtor(s)]*                           )              *(xx-xxxxx)*
_____,  )
                    Debtor(s).                     )

☐ Check if this form is submitted with an amended creditor list.

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  06/10/2025

/s/ John Ansted
_____
Signature of Debtor

_____
Signature of Joint Debtor

**(Note:  Certificate of Service not required.)**

Aleddra, Inc.
2210 Lind Ave. SW, Suite 109
Renton, WA 98057

Alloy Led, LLC
1490 Park Avenue
Emeryville, CA 94608

ASD Lighting Corporation
1780 Hughes Landing Blvd., Suite 350
Spring, TX 77380

Boje, Benner, Becker, Markovich & Hixson, LLP
1312 Maple Avenue
Noblesville, IN 46060

California Dept. of Tax and Fee Administratio
P.O. Box 942879
Sacramento, CA 94279

Central Supply Company
8900 E. 30th Street
Indianapolis, IN 46219

Central Supply Company
c/o Rubin & Levin, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

Digi-Key Electronics
701 Brooks Avenue South
Thief River Falls, MN 56701

EiKO Global
18000 W. 105th Street
Olathe, KS 66061

EMCOD
646 Flinn Ave., Suite B
Moorpark, CA 93021

ESPEN
12257 Florence Avenue
Santa Fe Springs, CA 90670

ETI Solid State Lighting, Inc.
720 Northgate Parkway
Vernon Hilles, IL 60090-2660

Florida Department of Revenue
P.O. Box 37372
Tallahassee, FL 32315-7372

Fulham Co., Inc.
12705 S. Van Ness Avenue
Hawthorne, CA 90250

Future Electronics
3255 Paysphere Circle
Chicago, IL 60674

Graybar Electric Supply
12431 Collections Center Drive
Chicago, IL 60693

Hamilton County Treasurer
33 N. 9th Street
Noblesville, IN 46060

Hubbell-Progress Lighting
P.O. Box 6701
Greenville, SC 29606

Illumus - ILP - Green Creative
519 Codisco Way
Sanford, FL 32771-6618

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Avenue, MS 108
Indianapolis, IN 46204

Indiana Dept. of Workforce Development
10 N. Senate Avenue
Room SE106
Indianapolis, IN 46204-2277

Intermatic Incorporated
1950 Innovation Way, Suite 300
Libertyville, IL 60048

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

John Ansted
14438 Allison Drive
Carmel, IN 46033

Kathy Wood
7089 Willow Pond Dr.
Noblesville, IN 46062


Keystone Technologies
P.O. Box 246
Ambler, PA 19002


Ledra Brands - Alphabet/BRUCK
88 Maxwell
Irvine, CA 92618


LEDVANCE LLC
P.O. Box 5163
Carol Stream, IL 60197


LightAlarms - ABB Installation - Thomas Betts
860 Ridge Lake Blvd.
Memphis, TN 38120


Liteline Corporation
90 West Beaver Creek
Richmond Hill, Ontario, L4B 1E7
Canada,


Litetronics International, Inc.
6969 W. 73rd Street
Chicago, IL 60638


LTF Technology
11966 Oak Creek Pkwy., Unit H
Huntley, IL 60142


Megastream
8010 Woodland Drive
Indianapolis, IN 46278


Menard, Inc.
5101 Menard Drive
Eau Claire, WI 54703


N. Glantz & Son
2501 Constant Comment Place
Louisville, KY 40299


OutForce
37 The 30th Corporate Center
Pasig City Metro, NC 28202
Phillipines,


Pennsylvania Dept. of Revenue
P.O. Box 280904
Harrisburg, PA 17128-0904


Sensorworx dba BLP Technologies
2a Research Parkway
Wallingford, CT 06492


U.S. Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203

UNITED STATES BANKRUPTCY COURT
DISTRICT OF Indiana - Southern

In re Marvel Lighting LLC

Case No. _____
Chapter 11

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Marvel Lighting LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

[✔]  None [check if applicable]

06/10/2025
Date

/s/ John Allman
Statement of attorney or Litigant